# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of May, two thousand twenty-five.

Before:  William J. Nardini,
     Steven J. Menashi,
     Eunice C. Lee,
      *Circuit Judges.*

---

Monika Kapoor,

   Petitioner - Appellant,

v.

Vincent F. DeMarco, United States Marshal for the Eastern District of New York, Roberto Cordeiro, Chief Pretrial Services Officer for the Eastern District of New York,

   Respondents - Appellees.

**ORDER**

Docket No. 22-2806

---

  Appellant moves for a stay of the Court's mandate pending the filing and disposition of a petition for a writ of certiorari.

  IT IS HEREBY ORDERED that the motion is DENIED.

           For the Court:

           Catherine O'Hagan Wolfe,
           Clerk of Court